JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| TYRONE LEE TOLIVER, | Case No. CV 19-04970-DSF (AS) |
| Petitioner, | **JUDGMENT** |
| v. | |
| RALPH DIAZ, CDCR Secretary, | |
| Respondent. | |

Pursuant to the Order of Dismissal,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: June 13, 2019.

                                    _____
                                    DALE S. FISCHER
                                    UNITED STATES DISTRICT JUDGE